**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-2145**

———————

FELECIA LOCKETT,

Plaintiff - Appellant,

versus

PONY EXPRESS, INCORPORATED,

Defendant - Appellee.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Andre M. Davis, District Judge.  (CA-99-
124-AMD)

———————

Submitted:  December 22, 1999          Decided:  January 7, 2000

———————

Before MURNAGHAN, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Felecia Lockett, Appellant Pro Se.  Donald F. Burke, Stephen Barret
Stern, OBER, KALER, GRIMES & SHRIVER, Baltimore, Maryland, for
Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Felicia Lockett appeals the district court's order granting summary judgment to Defendants on her three claims filed pursuant to 42 U.S.C.A. § 2000e (West 1999). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm substantially on the reasoning of the district court.[*] See Lockett v. Pony Express, Inc., No. CA-99-124-AMD (D. Md. Aug. 10, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

---

[*] We note Lockett failed to raise her retaliation claim in her original or amended EEOC charge. Review in this court is therefore barred. See Dennis v. City of Fairfax, 55 F.3d 151, 156 (4th Cir. 1995). We affirm the district court's grant of summary judgment to the Defendant upon this claim, although we do so because of Lockett's default.

2